

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Western Technologies, Inc., an Arizona corporation, | § | No. 08-17-00232-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 448th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| Omnivations II, LLC, a Texas limited liability company, | § | (TC# 2017DCV2600) |
| Appellee. | § | |

# **O R D E R**

Pending before the Court is the Appellee's motion to supplement record on appeal with the trial court's findings of fact and conclusions of law filed on November 15, 2017. The motion is GRANTED. The District Clerk shall file a supplemental clerk's record containing said findings of fact and conclusions of law with this Court on or before January 31, 2018.

IT IS SO ORDERED this 18th day of January, 2018.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.